Truman W. Wells, appellee, v. Edward B. Lindberg, individually and trading as Lindberg and Stringham. Lindberg and Stringham, Inc., appellant. Gen. No. 40,405.

Opinion filed April 10, 1939.

David T. Alexander, for appellant. Maurice S. Weinzelbaum, for appellee; Emanuel Morris, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Minnie Meyers, appellee, v. Albert J. Horan and Michigan Ohio Building Corporation, appellants. Gen. No. 40,427.

Opinion filed April 10, 1939.

Nettland & Nettland, for appellants. Leo Miller, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Oscar S. Stein, appellant, v. Illinois Publishing and Printing Company, appellee. Gen. No. 40,446.

Opinion filed April 10, 1939.

Kamfner, Halligan & Marks, for appellant; Edwin A. Halligan and Samuel M. Lanoff, of counsel. Edward G. Woods, for appellee; Edward G. Woods and E. D. Salinger, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.